UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CR-80231-Rosenberg

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY BARNETT,

    Defendant.

_____/

FILED BY ____ D.C.
JAN 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, GREGORY BARNETT, appeared before the Court on January 14, 2019, for a probable cause hearing and status re: final hearing on the Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 108]. Defendant was originally convicted in the Southern District of Florida of conspiracy to distribute and possession to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, a class C felony. On June 5, 2015, United States District Judge Robin L. Rosenberg sentenced Defendant to twelve (12) months and one (1) day imprisonment followed by three (3) years of supervised release. Defendant's term of supervised release commenced on October 16, 2015.

On October 19, 2016, the United States Probation Office made a request to modify the conditions of Defendant's supervised release as a result of a new law violation. Judge Rosenberg granted the modification and included a special condition that Defendant was required to perform one hundred (100) hours of community service. On April 18, 2018, a petition was submitted after

1

Defendant tested positive for marijuana use, but no action was taken. On June 22, 2018, a petition was submitted after Defendant tested positive for marijuana and cocaine use. Judge Rosenberg concurred with the United States Probation Office's recommendation that Defendant be referred to substance abuse with no further action. Finally, on September 26, 2018, a petition was submitted after Defendant tested positive for marijuana use. Judge Rosenberg concurred with the United States Probation Office's recommendation that Defendant be permitted to participate in substance abuse treatment with no further action.

Defendant is now charged in the Petition [DE 108] with violating a mandatory condition of his supervised release by failing to refrain from violation of the law. According to the Petition, on September 28, 2018, Defendant was arrested by the Riviera Beach Police Department for the offense of battery, contrary to section 784.03(1)(A)(1), Florida Statutes.

## II. <u>Summary of Hearing</u>

At the January 14, 2019 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violation alleged against him, his right to contest the allegation, his right to appear at the hearing and present evidence, and his right to question adverse witnesses. After being advised of those rights, Defendant stated that he waived his right to a probable cause hearing and to a final revocation hearing.

After being advised of his rights and the maximum penalties he is facing, Defendant waived his right to a contested revocation hearing and admitted to the sole allegation in the Petition. The Court finds that Defendant made his waivers and admission knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's

admission to the sole allegation in the Petition, and its review of the record, the Court finds by a preponderance of the evidence that Defendant committed the sole violation alleged in the Petition.

The Court notes that the Government and Defendant have also agreed on a joint sentencing recommendation of one month of incarceration with no additional term of supervised release. However, Defendant was advised that the recommendation is not binding on the Court and that the Court may sentence Defendant to a maximum of two years in prison.

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that United States District Judge Robin L. Rosenberg find that Defendant has violated the terms and conditions of supervised release as alleged in the sole allegation in the Petition. It is also recommended that this matter be set down for sentencing on the violation before United States District Judge Robin L. Rosenberg.

A party shall file written objections, if any, to this Report and Recommendation with United States District Judge Robin L. Rosenberg within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to object to this Report and Recommendation within that time period waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. 11th Cir.R. 3-1.

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of January, 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE